**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ABK ENTERPRISES, INC. and
TROPICAL BREEZE CASINO CRUZ,
LLC,

    Petitioners,

Case No: 8:18-cv-191-T-30TGW

# **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. 190) on Petitioners' Motion to Dismiss Robert Boose's Claim for Violation of Mediation Confidentiality Rules (Dkt. 164). Petitioners filed Objections to the Report and Recommendation on February 26, 2019 (Dkt. 197).

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 190) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Petitioners' Motion to Dismiss Robert Boose's Claim for Violation of Mediation Confidentiality Rules (Dkt. 164) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of March, 2019.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record