UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ABK ENTERPRISES, INC. and TROPICAL
BREEZE CASINO CRUZ, LLC,

    Petitioners,

Case No: 8:18-cv-191-T-30TGW

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. 293). Claimant Stere Tararache filed an Objection (Dkt. 296). No other claimants joined the objection.

After careful consideration of the Report and Recommendation from the Magistrate Judge and Claimant's Objection in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 293) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Claimant Christopher Rivera's Motion to Increase the Security (Dkt. 195) is denied.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of July, 2019.

**Copies Furnished To**:
Counsel/Parties of Record

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE