UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IN ADMIRALTY**

IN THE MATTER OF:

CASE NO.: 8:18-cv-00191-JSM-TGW

THE COMPLAINT OF A.B.K ENTERPRISES, INC. AS OWNER AND TROPICAL BREEZE CASINO CRUZ, LLC, AS OWNER *PRO HAC VICE* OF THE *ISLAND LADY* (U.S ON 1020747), IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY,

Petitioners.

_________________________________________/

**FINAL JUDGMENT OF EXONERATION**

Pursuant to Federal Rules of Civil Procedure 54(b) and 58, 46 U.S.C §§ 30501, *et. seq.*, Supplemental Rule F, the Court's prior orders of dismissal[1] and Order Granting Petitioners' Oral Motion for Directed Verdict (Dkt. 434), which are hereby incorporated hereto, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Final Judgment of Exoneration is entered in favor of Petitioners, A.B.K ENTERPRISES, INC. and TROPICAL BREEZE CASINO CRUZ, LLC (the "Petitioners"), and against Claimants Joan Gibbons, Qaadia Culbreath, Juan Martinez, Stere Tararache, Karen Baird Donald Thompson, Debora Keller, Milindy Haynie (Keller), Katurah Harris, Laquita Proctor, Rafael Gonzalez, Norma Patterson, Edward Valanda, Jordan Cacciatore, Michael Batten, Leslie Frye, and Gerald Frye, and any and all potential claimants who did not timely file claims.[2]

[1] *See* DE 167, 189, 228, 276, 277, 282, 285, 286, 295, 323, 356, 364, 397, 403, 404, 409, and 411.
[2] Final Default Judgment of Exoneration was previously entered against all potential claimants who did not timely file claims in this Limitation Action. *See* Courts Order Granting Petitioners' Motion for Final Default Judgment of

2. Petitioners are hereby exonerated from any responsibility, loss, damage, or injury from any and all claims arising out of or related to the fire that occurred aboard the *M/V ISLAND LADY* on January 14, 2018.

3. This limitation action is hereby complete and thus the Court's previous Supplemental F litigation injunction is hereby lifted.

4. The Clerk is directed to close this case.

DONE and ORDERED, in Chambers, in Tampa, Florida, on this 7th day of January, 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

---

Exoneration Against All Non-Appearing Potential Claimants (DE 82). This Final Judgment of Exoneration shall serve as a separate final judgment document as required by Rule 58(a).